**FILED**
July 8, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. MAG. 08-0236-EFB
           Plaintiff,           )    (3:06-CR-05182-CVB - Western
v.                              )    District of Washington)
                                )
GAYLON L. BURGOS,               )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
           Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GAYLON L. BURGOS, Case No. MAG. 08-0236-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $10,000.00.

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered to appear on September 3, 2008 at 9:00 a.m. at 1717 Pacific Ave., Room 3100, Tacoma, WA 98402.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/08/08  at  3:17 pm

By  /s/ Edmund F. Brennan
    Edmund F. Brennan
    United States Magistrate Judge